# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ORR WATER DITCH COMPANY, *et al.*,<br><br>    Defendants. | Case No. 3:73-cv-00003-LDG<br>Sub-File No. 3:73-cv-00017-LDG<br><br>**ORDER** |
| Re: State Engineer's Ruling No. 5669 | |

By Order entered March 5, 2010, the Court ordered Petitioner North Valley Holdings to Show Cause why this matter should not be dismissed for want of prosecution no later than Friday, March 19, 2010, at 4:00 p.m.  A review of the docket establishes that petitioner has neither complied with this order nor has any action been taken in this matter since the parties stipulated to a stay in February 2007.  Accordingly,

THE COURT **ORDERS** that this matter is DISMISSED for want of prosecution.

DATED this 30 day of March, 2010.

_____
Lloyd D. George
United States District Judge